**EDWARDS WILDMAN PALMER LLP**
Ronie M. Schmelz (SBN 130798)
E-mail: rschmelz@edwardswildman.com
1901 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:   310.860.8700
Facsimile:   310.860.8772

**EDWARDS WILDMAN PALMER LLP**
Edwin M. Larkin (*pro hac vice to be filed*)
e-mail: elarkin@edwardswildman.com
Carlos F. Ortiz (*pro hac vice to be filed*)
e-mail: cortiz@edwardswildman.com'
750 Lexington Avenue
New York, New York  10022
Telephone:   212.308.4411
Facsimile:   212.308.4844

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

In the Matter of a Petition by A Certain Investor in EFT Holdings Inc. to Perpetuate Testimony of Mr. Jack Qin Under FRCP Rule 27

Case No. 2:13-mc-00218- (SSx)

**PETITION TO PERPETUATE TESTIMONY; DECLARATION OF RONIE M. SCHMELZ IN SUPPORT THEREOF**

Petitioner Mr. Li Shuxin respectfully states as follows:

1.    Petitioner is a citizen of China and resides in the City of Dalian, China. Mr. Jack Qin is a citizen of Los Angeles, California and is subject to the jurisdiction of this Court.

2.    Petitioner is currently investigating potential claims against Mr. Qin and the company he founded and serves as President of, EFT Holdings Inc. ("EFT"

AM 20437978.1

1  or the "Company"). Pursuant to Section 27(a)(1)(A) of the Federal Rules of Civil

2  Procedure ("FRCP"), Petitioner hereby attests that following the investigation, he

3  expects to be a party to an action cognizable in this Court, but he cannot presently

4  bring the action or cause it to be made because the investigation is ongoing. The

5  subject matter of the expected action involves the purchase of product from and

6  investment in EFT by Petitioner and others that are similarly situated. Petitioner

7  expects to assert, among other things, claims for fraud and misrepresentation on his

8  own behalf, and on behalf of others similarly situated.

9      3.   Pursuant to Section 27(a)(1)(B) of the FRCP, Petitioner sets forth the

10  following subject matter giving rise to his expected claims. These facts are based

11  on Petitioner's personal knowledge and/or are taken from the website of EFT,

12  www.eftb.us. As described in the accompanying Declaration of Ronie M. Schmelz

13  in support of this Petition, that website was not accessible on June 3, 2013. True

14  and correct copies of pages that appeared on the website on May 13, 2013 are

15  attached to the Schmelz Declaration ("Schmelz Decl.") submitted concurrently with

16  this Petition. Ms. Schmelz highlighted those portions that appear on the Exhibits.

17      4.   EFT is an e-commerce publicly traded company that was founded by

18  Mr. Jack Qin in 1988 and headquartered in the City of Industry, California.

19  Schmelz Decl., ¶ 3 and Exhibits ("Ex.") 1 and 2.

20      5.   EFT, through its subsidiaries, engages in the merchandising and sale of

21  EFT brand USA manufactured products over the internet. Schmelz Decl., ¶ 4 and

22  Ex. 2. It operates through over one million "registered affiliate members" located

23  throughout Hong Kong, the Peoples' Republic of China, Asia, and Europe. *Id.*

24      6.   EFT sells a variety of health care, anti-aging skin care, natural

25  cosmetics, and nutritional products, all of which are manufactured in the United

26  States. Schmelz Decl., ¶ 5 and Ex. 1.

27

28

1    7.    As stated on its website, EFT "strive[s] to bring our affiliates the

2  highest quality products and one of the most enterprising affiliate pay-outs in the

3  industry." Schmelz Decl., ¶ 6 and Ex. 3.

4    8.    Petitioner and thousands of other Chinese citizens were induced by

5  Mr. Qin to purchase tens of millions of dollars' worth of EFT products.  In

6  exchange, they were promised that they would receive products from and an

7  interest in the Company.  As an inducement to purchase the Company's products

8  and invest in the Company, Mr. Qin made numerous false and misleading

9  statements to Petitioner and others similarly situated respecting their interests in the

10  Company.

11    9.    On or about May 20, 2013, Petitioner was approached in China by an

12  individual who identified himself as the driver for a Vice President of the

13  Company.  This individual told Petitioner that Mr. Qin was aware that Petitioner

14  and others were conducting an investigation into the Company's dealings with

15  Petitioner and others who had purchased the Company's products.

16    10.   Soon after being confronted by this individual, Petitioner attempted to

17  access the Company's website and noticed that news relating to the shares that he,

18  his family, and others had purchased from the Company were missing from the

19  Company's website.  Based on Petitioner's inability to access information about his

20  shares and interest in the Company, he became concerned that Mr. Qin, or others,

21  were destroying evidence that was relevant to his investigation.  In addition, when

22  counsel for EFT attempted to access the Company's website on June 2, 2013, she

23  was unable to do so, and instead received a message that her attempt to access the

24  website had triggered the Company's security system. *See* Schmelz Decl., ¶ 7 and

25  Ex. 4.  This is the first time that counsel was unable to access the EFT website. *Id.*

26  Based on this, Petitioner and counsel became concerned that Mr. Qin and/or others

27  at EFT are in the process of destroying documents relating to their investigation of

28  the Company and EFT.  Schmelz Decl., ¶ 8.

AM 20437978.1                                      - 2 -

11.     On June 3, 2013, counsel for Petitioner sent Mr. Qin and EFT's in-house counsel, Pyng Soon, Esq., a letter demanding that they and the Company preserve all documents relating to the Company's operations, and further advised them of Petitioner's intention to file this Petition to Perpetuate Testimony. *See* Schmelz Decl. ¶ 8 and Ex. 5.

12.     In light of the foregoing concerns that documents and information relating to dealings between EFT, Mr. Qin, and Petitioner and others similarly situated, are being destroyed, Petitioner desires to perpetuate the testimony of Mr. Qin and obtain documents pursuant to Rule 34 of the FRCP.

13.     Sections 27(a)(1)(C)-(E) of the FRCP, Petitioner identifies the following facts that he intends to establish by the proposed testimony of Mr. Qin, whose last known business address is 17800 Castleton Street, Suite 300, City of Industry, California 91748:  A review of the Company's document retention policy and procedures and recent document destruction undertaken by Mr. Qin and/or others by or on behalf of EFT.

14.     Petitioner also requests that during his deposition, Mr. Qin, on his own behalf and as the President of EFT, be ordered to produce the following documents:

        a.  All documents reflecting the Company's operations, including, but not limited to, its manufacturing, production, and sale of products;

        b.  All documents reflecting or referencing communications between EFT and/or Mr. Qin, on the one hand, and Petitioner and/or others in China, on the other hand, who purchased product from or invested in EFT;

        c.  All documents relating to Petitioner and others located in China who purchased product from or invested in EFT;

1       d.  All documents reflecting money EFT and/or Mr. Qin received

2           from Petitioner and others located in China for EFT products

3           and/or investment in the Company;

4       e.  All documents reflecting the investment in EFT by Petitioner

5           and others similarly situated;

6       f.  All documents reflecting an accounting of funds received from

7           Petitioner and others located in China; and

8       g.  All documents reflecting or referencing communications from or

9           with the Government of the Peoples' Republic of China relating

10          to EFT's operations and practices in that country.

11

12      WHEREFORE, Petitioner prays the Court for an order (1) authorizing him to

13  take the deposition of Mr. Jack Qin upon oral examination for the purpose of

14  perpetuating his testimony pursuant to Rule 27 of the FRCP, and (2) requiring Mr.

15  Qin to produce the documents identified in Paragraph 14 above, pursuant to Rule

16  34 of the FRCP.

17

18  Dated:  June 6, 2013      By:

19                    Attorneys for Petitioner Mr. Li Shuxin

20

21                     VERIFICATION

22      I declare under penalty of perjury under the laws of the United States of

23  America that the foregoing is true and correct and that this Verification is executed

24  by me outside the United States on June 6, 2013.

25

26

27                    Mr. Li Shuxin

28  AM 20437978.1             - 4 -

## DECLARATION OF RONIE M. SCHMELZ
## IN SUPPORT OF PETITION TO PERPETUATE TESTIMONY

I, Ronie M. Schmelz, declare as follows:

1.      I am a partner at the law firm Edwards, Wildman, Palmer LLP and one of the counsel representing Mr. Li in connection with the investigation of potential litigation against Mr. Jack Qin and EFT Holdings Inc. (hereinafter "EFT" or the "Company"). I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently thereto.

2.      As part of our investigation, on May 13, 2013, I visited the EFT website at www.eftb.us (hereinafter the "EFT website") and printed out all of the pages that I was able to access. True and correct copies of certain of the pages that I printed out from the EFT website on May 13, 2013 are attached hereto as Exhibits 1-3. I highlighted those portions of the Exhibits that appear highlighted.

3.      According to the EFT website, the Company is an e-commerce publicly traded company that was founded by Mr. Jack Qin in 1988 and headquartered in the City of Industry, California. *See* Exhibits 1 and 2 hereto.

4.      According to the EFT website, the Company, through its subsidiaries, engages in the merchandising and sale of EFT brand USA manufactured products over the internet. According to the website, it operates through over one million "registered affiliate members" located throughout Hong Kong, the Peoples' Republic of China, Asia, and Europe. *See* Exhibit 2 hereto.

5.      According to the EFT website, the Company sells a variety of health care, anti-aging skin care, natural cosmetics, and nutritional products, all of which are manufactured in the United States. *See* Exhibit 1 hereto.

6.      The EFT website states that the Company "strive[s] to bring our affiliates the highest quality products and one of the most enterprising affiliate pay-outs in the industry." *See* Exhibit 3 hereto.

AM 20645159.1

- 5 -

7.     On June 2, 2013, I attempted to again access the EFT website but was unable to gain access.  Instead, I received a message indicating that I had triggered the Company's security system and that I was no barred from the website.  A true and correct copy of the message that I received when I tried to access the EFT website on June 2, 2013 is attached hereto as Exhibit 4.  June 2, 2013 was the first time I tried to access the EFT website and was denied access.

8.     Based on my inability to access the EFT website, I became concerned that Mr. Qin and/or others at EFT are in the process of destroying documents relating to our investigation of the Company and EFT.  As a result, on June 3, 2013, I sent Mr. Qin and EFT's in-house counsel, Pyng Soon, Esq., a letter demanding that they and the Company preserve all documents relating to the Company's operations, and further advised them of Petitioner's intention to file this Petition to Perpetuate Testimony.  A true and correct copy of my letter to Messrs. Qin and Soon is attached hereto as Exhibit 5.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct, and that this Declaration is executed by me in Los Angeles, California on this 6th day of June 2013.

Ronie M. Schmelz

AM 20437978.1

PETITION TO PERPETUATE TESTIMONY;
DECLARATION OF RONIE M. SCHMELZ IN SUPPORT THEREOF

**EXHIBIT 1**

English   繁體中文   简体中文



| HOME | ABOUT US | SERVICE | MANAGEMENT TEAM | PARTNERS | NEWS | CONTACT US | MEMBERS AREA |

Pointing to WORLD Position

**EFTB - EFT HOLDINGS INC. (OTC)**

## PRODUCTS

Nutrition
Personal Care
Automotive
House care
Communication Services
EZ Global Traveler:

## FAQ



## NEWS

| news | 05/08/2013 |
| maynews | 05/04/2013 |
| WLG NEWS | 05/02/2013 |
| EFTB NEWS | 05/02/2013 |
| 5.1news | 05/01/2013 |

## FAQ

1. Q: What is EFT's program?

2. Q: Is EFT legal in China?

3. Q: How to order EFT Company's products?

4. Q: How to do the remittance?

5. Q: How do I get paid my rewards and how much do I get paid?

6. Q: How to use the ID number to view Web page and individual performance?

7. Q: How to use Email to place an order?

8. Q: If consumers sign up online, and make an error with their left or right placement, can they change by themselves?

9. Q: What is KSA?

10. Q: How does the EFT bonus system avoid a meltdown?

11. How to replace mail-order products??

1. Q: What is EFT's program?
A: EFT is an e-Commerce publicly traded company, and it was founded in 1998 (Business License Number 56-2310025). EFT has a tradition of identifying high value products including health care, anti-aging skin care, natural cosmetics, automotive, communications and traveling services. EFT's consumers are from more than 100 countries. All products are manufactured in the U.S.A, and sent directly to their house via EMS.

2. Q: Is EFT legal in China?
A: EFT is an American based company selling globally via the internet. Consumers in any country have the fundamental right to purchase goods from a foreign company. No monthly requirement , no inventory, no resale obligation, and it is completely legal.

3. Q: How to order EFT Company's products?
A: Please fax the form including your name, address, sponsor's ID (left or right) and the products you want to purchase to the U.S. Fax number: 001-626-581-0377 or 001-626-236-5730. Remittances should be in U.S. Dollars; each set of product is $660 (including shipping and handling).

4. Q: How to do the remittance?
A: In order to improve efficiency, uniformity and standardization of money management, most banks can wire in U.S. dollars. EFT's bank only accepts U.S. dollars for orders. Each remittance will charge as a service fee of $40.
Collection Company: Goldevent Limited
Name of Bank: Oversea-Chinese Banking Corporation Limited, Singapore
Chips UID 010275
Bank Address: 65 Chulia Street # 01-01 OCBC Centre, Singapore 049513.
Bank Code (Swift Code): OCBCSGSG.
Accounts number: 503 -043788-201

5. Q: How do I get paid my rewards and how much do I get paid?
A: From May 17, 2012(Hong Kong Time), the Product Order and Award System modifies as following:

1.)     Product order:
Beginner Consumers: make 1 purchase of $450 USD ($400 worth of products + $50 S&H).
when a beginner consumer places an order for 3 packages, the purchaser will receive a $135 USD gift package (#2001/3).
Standard Consumers: make 1 purchase of $660 USD ($600 worth of products + $60 S&H).
When a standard consumer places an order for 3 packages, the purchaser will receive a $600 USD gift package.
Advisory Consumers: make 1 purchase of $990 USD ($900 worth of products + $90 S&H).
When an advisory consumer places an order for 3 packages, the purchaser will receive a $1200 USD gift package.
Franchised Consumers: make 1 purchase of $3300 USD ($3000 worth of products +

$300 S&H. This purchase order will be assigned three ID numbers and considered as three orders.

When you sponsor 5 franchised consumers in one week, the sponsor will receive a $1200 USD gift package.

When you sponsor 5 franchised consumers in one week, the sponsor will receive a $1800 USD gift package.

When you sponsor 6 franchised consumers in one week, the sponsor will receive a $1800 USD gift package; in addition, the sponsor will also receive one ePhone.

When you sponsor 7 franchised consumers in one week, the sponsor will receive a $1800 USD gift package; in addition, the sponsor will also receive one ePhone and one ePad.

When a sponsor receives accumulated $30,000 USD instant bonus in one month, EFT Company will send an invitation to this sponsor for training and a trip to the United States.

**2.)   Instant Bonus:**

a       **Beginner Consumers:** Regardless of the sponsor entry level, they can only receive $50 USD instant bonus.

b.      **Standard Consumers:** Receive $50 USD instant bonus by sponsor beginner level consumer;
Receive $150 USD instant bonus by sponsor standard level consumer;
Receive $150 USD instant bonus by sponsor advisory level consumer;
Receive $150 USD instant bonus by sponsor franchised level consumer.

c.      **Advisory Consumers:** Receive $50 USD instant bonus by sponsor beginner level consumer;
Receive $150 USD instant bonus by sponsor standard level consumer;
Receive $350 USD instant bonus by sponsor advisory level consumer;
Receive $350 USD instant bonus by sponsor franchise level consumer.

d.      **Franchised Consumers:** Receive $50 USD instant bonus by sponsor beginner level consumer;
Receive $150 USD instant bonus by sponsor standard level consumer;
Receive $350 USD instant bonus by sponsor advisory level consumer;
Receive $1350 USD instant bonus by sponsor franchised level consumer.

e.      The member that purchased $660 before October 5, 2012 can participate in the franchised level promotion aforementioned. For those old members that made $330 USD purchase, before you upgrade, you will receive $50 USD instant bonus for sponsor a beginner level consumer or standard level consumer; if you sponsor a $990 USD purchase or $3300 USD purchase, when you receives instant bonus, the system will automatically deduct $330 USD for the upgrade. In addition, the company will ship out the gift package (#2001/4, #2004/1, #3001/1, #3005/1) and then will be qualified to participate in the franchised level instant bonus and weekly commission calculation.

f.      Sponsor can place the new purchase order under any hierarchy in the system that helps the weekly results of the person receiving the bonus. The person receiving the weekly bonus must have both left and right down line people with sponsor before the bonus calculation time.

g.      It is suggested you come in at franchised level, so you can compete at all levels; this will help support your duplication, and bring you great residual income.

**3.)   Weekly Binary Commission Calculation :**

a.      The first commission for the first cycle – Total $200 USD;
9 orders (6/3 ; 4/5).

b.      The second commission for the second, third, fourth cycle – Total $300 USD, each cycle can get $100 USD;
27 orders (18/9 ; 12/15).

c.      The third commission for every sixth cycle and above (including sixth cycle) – total $1200, each cycle can get $200 USD.

54 orders or above (follow the same proportion).

d.      The new members with 4 cycles or 10 cycles above in the first week will get direct access to a $500 USD or $1700 USD commission.

e.      Weekly commission calculation is capped at eighth cycle

Accumulation of weekly commission to $50,000 will move your position to retirement level :

1 position retirement paid by 2 cycles (with minimum of 3 cycles) – Total $400 USD;

2 positions retirement paid by 3 cycles (with minimum of 5 cycles per position) – $600 USD for each position, a total of $1200 USD;

3 positions retirement paid by 4 cycles (with minimum of 6 cycles per position) – $800 USD for each position, a total of $2400 USD;

4 positions retirement paid by 4 cycles (with minimum of 6 cycles per position) – $800 USD for each position, a total of $3200 USD;

5 positions retirement paid by 4 cycles (with minimum of 6 cycles per position) – $800 USD for each position, a total of $4000 USD;

6 positions retirement paid by 4 cycles (with minimum of 6 cycles per position) – $800 USD for each position, a total of $4800 USD;

Each retirement position must to have a minimum of 3 cycles per week in order to qualify to receive the retirement commission.

With 4 position retirement, the Company will pay for your free training and trip to United States of America;

With 6 position retirement, the Company will award you a series-325 BMW.

Above modification award system effects from May 17, 2012 (Hong Kong Time).

6. Q: How to use the ID number to view Web page and individual performance?
A: Add the first letter of your last name before your ID number. For example: Gao DaQuan, ID number is 200015, so the user name of access is G200015.

7. Q: How to use Email to place an order?
A: In order to ensure the timely and effective manner to place an order, EFT does not recommend the use of Email. If you have any questions, please email to: eft888@msn.com. Consumers should view personal information online every time with each order, and fax to the company immediately if you need to correct an error.

8. Q: If consumers sign up online, and make an error with their left or right placement, can they change by themselves?
A: No.

9. Q: What is KSA?
A: KSA is an international organization and it certifies that the products for EFT are made under their strict rabbinical supervision and are certified Kosher and Pareve when bearing the KSA symbol of certification. The natural plant materials of EFT products are extracted from the European organic ingredients, easy to absorb, safe and very effective.

10. Q: How does the EFT bonus system avoid a meltdown?
The bonus is protected by the cap calculation; EFT can pay up to 70% of total sales on a weekly basis. Cap will be applied each week for the position earning over 30 cycles. After each ID position has earned $100,000; this position becomes retired. Bonuses are calculated by three stages, so that the bonus payments do not exceed 70%.

**U.S. HEADQUARTERS**
17800 Castleton St,Suite 300 ,
City of Industry, CA 91748,
Tel: 001-626-581-0388
Fax : 001-626-581-0377
    001-626-236-5730
E-mail: eft888@msn.com



**HONG KONG Office:**
37/F,Office Tower,
Langham Place 8 Argyle Street ,
Kowloon Hong Kong;
Tel: 00852-3514-4113;
Fax: 00852-3514-4522;
E-mail: efthongkong@msn.com

Tel: 001-626-581-0388.Fax: 001-626-581-0377.001-626-236-5730. E-mail:
eft@eftb.net
eft888@msn.com
Copyright 2008 EFT Holdings, Inc. All rights reserved.

**EXHIBIT 2**



English  繁體中文  简体中文

| HOME | ABOUT US | SERVICE | MANAGEMENT TEAM | PARTNERS | NEWS | CONTACT US | MEMBERS AREA |

**Pointing to WORLD Position**

**EFTB - EFT HOLDINGS INC. (OTC)**

## Welcome

EFT Holdings, Inc., through its subsidiaries, engages in the merchandising and sale of EFT brand USA manufactured products over the internet. It operates through over one million registered affiliate members. Our affiliates are located throughout Hong Kong, the Peoples Republic of China, Asia, and Europe.

**SERVICE**
PRODUCTS
MEMBERS AREA
DOWNLOAD AREA
BANNERS

**PARTNERS**

Ef2t.us

EFT Hong Kong Center

EFT WebTV

EFT Vietnam Center

EFT Japan Center

Logistics Tracking System

EFT Korea Center

Buckman, Buckman & Reid

EFT Thailand Center

2by2

EZGT Global Travel

EFTB Water

**NEWS**

| news | 05/08/2013 |
| maynews | 05/04/2013 |
| WLG NEWS | 05/02/2013 |
| EFTB NEWS | 05/02/2013 |
| 5.1news | 05/01/2013 |

**FAQ**

1. Q: What is EFT's program?
2. Q: Is EFT legal in China?
3. Q: How to order EFT Company's products?
4. Q: How to do the remittance?
5. Q: How do I get paid my rewards and how much do I get paid?
6. Q: How to use the ID number to view Web page and individual performance?
7. Q: How to use Email to place an order?
8. Q: If consumers sign up online, and make an error with their left or right placement, can they change by themselves?
9. Q: What is KSA?
10. Q: How does the EFT bonus system avoid a meltdown?

In 1998, after creating, building and fostering various successful network marketing companies, Mr. Qin founded EFT Holdings, Inc. which he has built into a multi-million dollar publicly traded company.

The experience and achievements of Jack Qin, the founder and CEO of EFT, have contributed greatly to the success of the company. Multiple accomplishments of both the company and Mr. Qin along with the broad consumer praise from all over the world confirms EFT's commitment to delivering superb products.

In March 2002, EFT was listed in United States Better Business Bureau. In 2003, EFT was elected as an official member of the US Chamber of Commerce.

(We Keep It Simple
Products contained in this websit, are not sold or offered for sale in US
www.sec.gov.

English  繁體中文  简体中文

**Latest News**

十五周年庆报名
十五周年庆報名 2013年6月28日，EFT集
団十五周年歡慶大會，將在人間天堂泰國普
吉...
WLG正式開遊
...

5月水項目促銷
5月份水項目EFT産品促銷計劃贈品 A: 1瓶
(1000美元的消費者)，公司將送$635美
元贈品，...
水項目預備舍
...

Read More>>

**EXHIBIT  3**

English  繁體中文  简体中文

Company Overview

EFTB - EFT HOLDINGS INC. (OTC)

**Company Videos**



**Company Growth**



EFT

**Company Pictures**



Welcome

EFT was founded in 1998 by Mr. Jack Qin and headquartered in City of Industry, California. We at EFT strive to bring our affiliates the highest quality products and one of the most enterprising affiliate pay-outs in the industry.

Our time tested programs can help everyone; even affiliates who are new to the industry.  Though most internet companies fail within 6 months to one  year, **EFT** is an exception to this statistic and has continued to grow as a dynamic e-Commerce company over the past 15 years.

Numerous lines of diversified products and a no risk philosophy in joining the EFT team, ensures the continuation of EFT's success.

**EFT** has a tradition of identifying high value products and distribution networks . Management has spent years perfecting the exporting and importing products to many countries,  assuring a solid foundation for global commerce.  From the 26 bio-available nutritional and nutritional spray products to the 22 personal care, automotive and filtration products, **EFT** has identified "what we believe to be the best of the best in the world."



Governor Schwarzenegger  met with Chairman Qin Jie



EFT Powerful Teamwork

**NEWS**

| | |
|---|---|
| news | 05/08/2013 |
| maynews | 05/04/2013 |
| WLG NEWS | 05/02/2013 |
| EFTB NEWS | 05/02/2013 |
| 5.1news | 05/01/2013 |

**FAQ**

1. Q: What is EFT's program?
2. Q: Is EFT legal in China?
3. Q: How to order EFT Company's products?
4. Q: How to do the remittance?
5. Q: How do I get paid my rewards and how much do I get paid?
6. Q: How to use the ID number to view Web page and individual performance?
7. Q: How to use Email to place an order?
8. Q: If consumers sign up online, and make an error with their left or right placement, can they change by themselves?
9. Q: What is KSA?
10. Q: How does the EFT bonus system avoid a meltdown?
11. How to replace mail-order products??



**U.S. HEADQUARTERS**
17800 Castleton St,Suite 300 ,
City of Industry, CA  91748,
Tel:  001-626-581-0388
Fax : 001-626-581-0377
001- 626-236-5730
E-mail: eft888@msn.com

**HONG KONG Office:**
37/F,Office Tower,
Langham Place 8 Argyle Street ,
Kowloon Hong Kong;
Tel: 00852-3514-4113;
Fax: 00852-3514-4522;
E-mail: efthongkong@msn.com

Tel: 001-626-581-0388.Fax: 001-626-581-0377.001-626-236-5730. E-mail:
eft@eftb.net
eft888@msn.com
Copyright 2008  EFT Holdings, Inc. All rights reserved.

**EXHIBIT 4**



## You have Triggered our Security system
## You are now banned from this web site
**If you are here by accident please mail admin@eftb.us this site
to have your IP number removed.**
*Please note, this system is in place to protect you and us from malicious attacks, do not be offended if you are here by accident.
The store owner has been notified*

### Please quote your IP Number

| 50.22.48.231 |
| --- |

Your user agent is: **Mozilla/5.0 (compatible; MSIE 9.0; Windows NT 6.1; WOW64; Trident/5.0)**

## 02/06/13

**EXHIBIT 5**



EDWARDS WILDMAN PALMER LLP
1901 AVENUE OF THE STARS, SUITE 1700
LOS ANGELES, CA 90067
+1 310 860 8700 main +1 310 860 3800 fax
edwardswildman.com

Ronie M. Schmelz

Partner
+1 310 860 8708
*fax* +1 855 571 3862
rschmelz@edwardswildman.com

June 3, 2013

<u>VIA CERTIFIED MAIL</u>

Mr. Jack Qin
Mr. Pyng Soon, Esq.
EFT Holdings Inc.
17800 Castleton Street
Suite 300
City of Industry, California 91748

       Re:    *Demand for Preservation of Evidence and Petition to Perpetuate Testimony*

Dear Messrs. Qin and Soon:

      We have been retained by certain Chinese citizens who purchased products from and/or invested in EFT Holdings Inc. (the "Company") to investigate potential legal action against the Company. We are informed that you are aware of such investigation.

      In light of the investigation, you are hereby advised that litigation should be anticipated and we hereby demand that the Company, and each of you, others working at or for the Company, and third parties over whom the Company exercises control, including any third party brokers and vendors, preserve any and all documents relating to the Company's operations, including documents reflecting products sold by the Company and funds received by any party, whether for the purchase of products, as an investment in the Company, or otherwise. We further demand that the Company immediately suspend its routine and other document retention/destruction policies and activities and put in place a "litigation hold" to ensure the preservation of all relevant documents.

      The term "documents," as used in this demand, shall have the same meaning ascribed to it by Federal Rule of Civil Procedure Section 34 and shall broadly be defined to include all media on which information is recorded or stored, including all electronically stored information. By way of example only, "documents" include any information found on the Company's website, any memorandum, letter, correspondence, electronic mail, report, note, financial report, accounting report, work papers, draft, facsimile, contract, invoice, record or purchase or sale, directory, computer directory, computer disk, computer tape, or any other written, printed, typed, punched, taped, film, or graphic matter however produced or reproduced.



Mr. Jack Qin
Mr. Pyng Soon, Esq.
June 3, 2013
Page 2

The failure to immediately undertake preservation efforts outlined above will constitute a misuse of discovery under Federal law, and may expose the Company and others to a wide range of potential sanctions, including default in any action that may be commended.

Please be advised, moreover, that pursuant to Rule 27 of the Federal Rules of Civil Procedure, we intend to file a Petition to Perpetuate the Testimony of Mr. Qin in advance of the filing of any action. In accordance with Rule 27(a)(2), we will provide you with the requisite notice of the Petition and advise you of the time and place for the hearing thereon.

Nothing herein is intended to nor shall constitute a waiver of any rights, remedies, or claims which our clients or any of them may have against the Company or others. All such matters are expressly reserved.

Sincerely,

Ronie M. Schmelz

AM 20364136.1

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ ) <br> In the Matter of a Petition by A Certain Investor in EFT Holdings, Inc. to Perpetuate Testimony of Mr. Jack Qin Under FRCP Rule 27 | **DEFENDANTS** ( Check box if you are representing yourself ☐ ) |
| **(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> Edwards Wildman Palmer LLP <br> Ronie M. Schmelz (SBN 130798) <br> rschmelz@edwardswildman.com <br> 1901 Avenue of the Stars, Suite 1700 <br> Los Angeles, CA 90067 / Telephone: 310-860-8700 | **(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi- District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

PETITION

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☒ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: 2:MC - 00218

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

*****Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note: In land condemnation cases, use the location of the tract of land involved**

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** *Ronie M. Schmelz*   DATE: June 4, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

American LegalNet, Inc.
www.FormsWorkFlow.com